**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Ebony McNichols,

    Plaintiff,

                              Case Number: 8:19-cv-01728-CEH-SPF

v.

Hummingbird Funds, LLC, et. al.

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), Plaintiff hereby certifies that the instant action:

___ IS   related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:


_X_ IS NOT   related to any pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated August 7, 2019

                                              */s/Thomas M. Bonan*
                                              Thomas M. Bonan
                                              FL Bar # 118103
                                              SERAPH LEGAL, P. A.
                                              2002 E. 5th Ave., Suite 104
                                              Tampa, FL 33605
                                              Tel: 813-567-1230
                                              Fax: 855-500-0705
                                              tbonan@seraphlegal.com
                                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendants, via e-notice, email, or U.S. Postal Mail First Class.

                 /s/Thomas M. Bonan
                 Thomas M. Bonan
                 Florida Bar Number: 118103