UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ebony McNichols,

    Plaintiff,

                                      Case Number: 8:19-cv-01728-CEH-SPF

v.

Hummingbird Funds, LLC, et. al.

    Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO**
**DEFENDANT HUMMINGBIRD FUNDS, LLC, ONLY**

    COMES NOW, the Plaintiff, Ebony McNichols, by and through undersigned counsel, to notify this Court and all Partiers pursuant to Local Rule 3.08 that the Plaintiff has reached a settlement as to her claims against Defendant, Hummingbird Funds, LLC, only.

    This does not affect the remaining claims against Defendant Trans Union, LLC, in any way.

Dated August 7, 2019

                                                        */s/Thomas M. Bonan*
                                                        Thomas M. Bonan
                                                        FL Bar # 118103
                                                        SERAPH LEGAL, P. A.
                                                        2002 E. 5th Ave., Suite 104
                                                        Tampa, FL 33605
                                                         Tel: 813-567-1230
                                                        Fax: 855-500-0705
                                                         tbonan@seraphlegal.com
                                                        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendants, via e-notice, email, or U.S. Postal Mail First Class.

                /s/Thomas M. Bonan
                Thomas M. Bonan
                Florida Bar Number: 118103